## SOUTHERN RAILWAY COMPANY *v.* RAY.

ATKINSON, J. 1. The grounds of the motion for new trial in this case, in regard to the admissibility of evidence, refusal to charge, and the charge of the court, are without merit, and do not require elaboration.
2. The evidence was sufficient to support the verdict. *Green* v. *Central R. Co.,* 130 *Ga.* 375 (60 S. E. 861), and citations; *Southern R. Co.* v. *Williams,* 113 *Ga.* 335 (38 S. E. 744); *Georgia, Florida & Alabama R. Co.* v. *Summer,* 133 *Ga.* 135 (65 S. E. 381).
     *Judgment affirmed. Beck, J., absent. The other Justices concur.*
                  FEBRUARY 12, 1913.

Action for damages. Before Judge Brand. Gwinnett superior court. January 19, 1912.

John J. & Roy M. Strickland, E. O. Dobbs, and D. M. Byrd, for plaintiff in error.

Don K. Johnston and N. L. Hutchins, contra.